In the Matter of FRED H. CORNEHL, Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

Argued February 26, 1941; decided April 25, 1941.

*William C. Chanler*, Corporation Counsel (*Charles F. Murphy* and *Paxton Blair* of counsel), for appellants.

*Gabriel L. Kaplan* and *Sidney A. Fine* for respondent.

Ordered affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.